# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-CV-00373-FDW
### (3:03-CR-00055-WLO-1)

| | |
|---|---|
| ANDREW TIMOTHY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court sua sponte in order to correct an error in the above-captioned case. Petitioner has brought a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1). In response, the Government has filed a Motion for Summary Judgment with a supporting brief (Docs. No. 3-4). The Court has received notice that due to a clerical error Petitioner did not receive these documents and is therefore unable to respond to the Government's Motion. The error has been corrected and the Government's Motion and Brief have been sent to Petitioner. In order to avoid prejudice to Petitioner, the Court hereby grants Petitioner an additional fourteen (14) days within which to file his response. Therefore, Petitioner's response to the Government's Motion for Summary Judgement, previously due on November 19, 2007, will now be due in this Court on or before **December 3, 2007**.

IT IS SO ORDERED.     Signed: November 5, 2007

Frank D. Whitney
United States District Judge